# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00438-CV

### In re Chisholm Trail SUD Stakeholders Group

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and emergency motion for relief are denied.
*See* Tex. R. App. P. 52.8(a).

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: July 6, 2018